Submitted on record and brief May 21, reversed and remanded for reconsideration June 23, 1993

In the Matter of the Compensation of
Sandra A. Collins, Claimant.

SCHNEIDER NATIONAL
and Cigna Property & Casualty,
*Petitioners,*

*v.*

Sandra A. COLLINS,
*Respondent.*

(WCB 91-03728; CA A75151)

853 P2d 1372

Darren L. Otto, Portland, filed the brief for petitioners. With him on the brief was Scheminske & Lyons, Portland.

Robert K. Udziela, Portland, waived appearance for respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).